# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RONALD W. BURRELL,**
**ADC #86126**                                                                      **PLAINTIFF**

**VS.**                     **5:17CV00115-BRW-JTK**

**WENDY KELLEY,** *et al.*                                                  **DEFENDANTS**

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, I adopt them in their entirety.

Accordingly, Defendants Kelley, Lay, CCS, and Hobbs are DISMISSED.

IT IS SO ORDERED this 30th day of May, 2017.

                                                                 /s/ Billy Roy Wilson
                                                                UNITED STATES DISTRICT JUDGE