IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RONALD W. BURRELL,
ADC #86126                                                                                          PLAINTIFF

VS.                              No. 5:17CV00115-BRW-JTK

WENDY KELLEY, *et al.*                                                                         DEFENDANTS

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney (Doc. No. 25, 35). After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, I adopt them in their entirety.

Accordingly, Plaintiff's Motions for Preliminary Injunction and Temporary Restraining Order, which I construe as Motions for Preliminary Injunctive Relief (Doc. Nos. 3, 8), are DENIED

Defendant's Partial Motion to Dismiss (Doc. No. 17) is GRANTED.

All claims based on incidents occurring prior to April 29, 2014 are barred by the statute of limitations.

IT IS SO ORDERED this 14th day of September, 2017.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE