IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RONALD BURRELL,
ADC #86126                                                   PLAINTIFF

5:17CV00115-BRW-JTK

WENDY KELLEY, et al.                                     DEFENDANTS

## ORDER

I have received proposed findings and recommendations (Doc. No. 70) from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a _de novo_ review of the record, I adopt them in their entirety.

Accordingly, Defendant's Motion for Summary Judgment (Doc. No. 53) is GRANTED, and Plaintiff's claims against Defendant are DISMISSED without prejudice.

IT IS SO ORDERED this 30th day of March, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

1