# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RONALD BURRELL,**
**ADC #86126**                                                   **PLAINTIFF**

**5:17CV00115-BRW-JTK**

**WENDY KELLEY, et al.**                                     **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 30th day of March, 2018.


                                                      /s/ Billy Roy Wilson_____
                                                      UNITED STATES DISTRICT JUDGE